**UNITED STATES DISTRICT COURT**
For the Northern District of California

1

2

3

4

5

6

7          UNITED STATES  DISTRICT COURT

8            Northern District of California

9             San Francisco Division

10   ROBIN JOHNSON,
            Plaintiff,

11                                            No. C 13-1287 WHA

        v.

12                                            **ORDER RE: ATTENDANCE AT**
    VERIZON SICKNESS AND ACCIDENT            **MEDIATION**
13   DISABILITY PLAN, et al.,
            Defendants.

14   _____/        Date:        September 24, 2013
                                              Mediator:    Michael Sobel
15

16

17

        IT IS HEREBY ORDERED that the request to excuse defendants Metropolitan Life

18   Insurance Company, Verizon Sickness and Accident Disability Plan and Verizon Communications

19   Inc.' corporate representative from appearing in person at the September 24, 2013 mediation before

20   Michael Sobel is GRANTED.  The representative shall participate telephonically in the mediation at

21   all times in accordance with ADR L.R. 6-10(f), unless or until excused by the mediator and

22   regardless of the time difference between the east and west coasts.

23        IT IS SO ORDERED.

24

25

26   September 16, 2013            By:

     Dated                                   Maria-Elena James
27                                           United States Magistrate Judge

28