UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBIN JOHNSON,
    Plaintiff,

    v.

VERIZON SICKNESS AND ACCIDENT DISABILITY PLAN, et al.,
    Defendants.

No. C 13-1287 WHA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 24, 2013
Mediator:    Michael Sobel

    IT IS HEREBY ORDERED that the request to excuse defendants Metropolitan Life Insurance Company, Verizon Sickness and Accident Disability Plan and Verizon Communications Inc.' corporate representative from appearing in person at the September 24, 2013 mediation before Michael Sobel is GRANTED. The representative shall participate telephonically in the mediation at all times in accordance with ADR L.R. 6-10(f), unless or until excused by the mediator and regardless of the time difference between the east and west coasts.

    IT IS SO ORDERED.

September 16, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge