IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN JOHNSON,

    Plaintiff,

v.

VERIZON SICKNESS AND ACCIDENT DISABILITY PLAN; VERIZON COMMUNICATIONS; METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.
    /

No. C 13-01287 WHA

**ORDER CONTINUING MOTION HEARING**

    In light of defendants' notice of settlement, the hearing on defendants' motion for summary judgment will be continued to **DECEMBER 5, 2013, AT 8:00 A.M.** No hearings or deadlines in this action will be vacated until a stipulation of dismissal is filed.

    **IT IS SO ORDERED.**

Dated: October 31, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE